

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2020

No. 04-20-00557-CR

**IN RE** Christian L. **GARRETT**

Original Habeas Corpus Proceeding[1]

**ORDER**

Relator's writ of habeas corpus is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on December 30, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CR7642, styled *Garrett v. State*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.